# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| DAVID MICHAEL SLAUGHTER, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:15-cv-90 |
| v. | * | |
| GEORGIA DEPARTMENT OF CORRECTIONS; et al., | * | |
| Defendants. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation, (dkt. no. 37), to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.

The Court **DENIES** Plaintiff's Motion for Declaratory Judgment. (Dkt. No. 31.) The Court also **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal.

**SO ORDERED**, this 24 day of October, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)