**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION**

| | |
|---|---|
| DAVID MICHAEL SLAUGHTER,<br><br>    Plaintiff,<br><br>v.<br><br>TOM GRAMIAK, et al.,<br><br>    Defendants. | CIVIL ACTION NO.: 5:15-cv-90 |

## O R D E R

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 88). No party to this action filed Objections to the Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DENIES** Defendant Bennett's Motion to Dismiss, (doc. 66). The Court's Scheduling Order, (doc. 87), remains in place for all parties.

**SO ORDERED**, this 10th day of January, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA